**FILED**

Jan 21 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ anthonye   DEPUTY

~~SEALED~~ s/ Julieo   ORDERED UNSEALED on 01/27/2022   s/ Julieo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>TAIJONATHAN NATHANIEL COLLINS,<br>        Defendant. | Case No. '22 CR150 BTM<br><br>I N D I C T M E N T<br><br>Title 26, U.S.C., Secs. 5861(d) and 5871 – Possession of an Unregistered Destructive Device; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Sec. 1512(c) – Obstruction of Official Proceeding |

The grand jury charges:

Count 1

POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE

[26 U.S.C. §§ 5861(d) and 5871]

On or about May 31, 2020, within the Southern District of California, defendant TAIJONATHAN NATHANIEL COLLINS, knowingly possessed and received a destructive device, specifically, a glass bottle containing gasoline with a cloth wick, also known as: "Molotov cocktail," not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871, and Title 18, United States Code, Section 2.

JJO:nlv:San Diego:1/20/22

Count 2

OBSTRUCTION OF AN OFFICIAL PROCEEDING

[18 U.S.C. § 1512(c)(1)]

On or about between at least May 31, 2020 and October 9, 2020, within the Southern District of California, defendant TAIJONATHAN NATHANIEL COLLINS, corruptly altered, destroyed, mutilated, and concealed an object, that is a yellow 2010 Chevrolet Camaro, with the intent to impair the object's integrity or availability for use in an official proceeding; in violation of Title 18, United States Code, Section 1512(c)(1).

DATED: January 21, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant U.S. Attorney